```
                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION


IN RE: ROBERT B MACASKILL                    )
                                             )
BANK OF AMERICA, N.A., SUCCESSOR BY          )
MERGER TO BAC HOME LOANS SERVICING, L.P.,)
           Creditor,                         )
                                             )
    vs.                                      ) CASE NO. 10B53883
                                             ) JUDGE JACQUELINE P. COX
ROBERT B MACASKILL,                          )
                         Debtor              )
                                             )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the June 2011 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of August 2, 2011.

   a. Attorney's fees          $250.00

   b. Payments               $3,027.09

   c. Late Charges              $50.45

   d. Escrow Shortgage       $2,318.49

   Total                     $5,646.03

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P. rights to collect these amounts will remain unaffected.

Respectfully Submitted,
Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P.

<u>/s/Toni Dillon</u>
Toni Dillon
ARDC#6289370

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088