UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                         CASE NO. 10 B 53883
                                                               CHAPTER 13
ROBERT B MACASKILL
                                                               JUDGE JACQUELINE P COX

           DEBTOR                                              **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** FEDERAL NATL MORTGAGE ASSOC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 8 | 2 | 6457 1ARS | $2,053.04 | $2,053.04 | $2,053.04 |
| Total Amount Paid by Trustee | | | | | $2,053.04 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit           **X**   Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 10-53883-JPC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 8th day of April, 2014.

Debtor:
ROBERT B MACASKILL
5320 N SHERIDAN RD #1705
CHICAGO, IL  60640

Attorney:
ROBERT J SEMRAD & ASSOC LLC
20 S CLARK ST 28TH FLR
CHICAGO, IL  60603
via Clerk's ECF noticing procedures

Creditor:
FEDERAL NATL MORTGAGE ASSOC
% SETERUS INC
PO BOX 2008
GRAND RAPIDS, MI  49501-2008

Mortgage Creditor:
BANK OF AMERICA
% MCCALLA RAYMER
1544 OLD ALABAMA RD
ROSWELL, GA  30076

Mortgage Creditor:
BAC HOME LOANS SERVICING LP
% PROBER & RAPHAEL LAW CORP
20750 VENTURA BLVD #100
WOODLAND HILLS, CA  91364

Mortgage Creditor:
BAC HOME LOANS SERVCING LP
% PIERCE & ASSOCIATES PC
1 N DEARBORN #1300
CHICAGO, IL  60602

ELECTRONIC SERVICE - United States Trustee

Date:  April 08, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603